Case5:11-cr-00471-DLJ Document789 Filed10/29/14 Page1 of 2



# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF CALIFORNIA

**\*E-FILED\***
**TOTAL TIME**: 6 mins

## CRIMINAL MINUTES

**Judge:** D. Lowell Jensen  **Courtroom Deputy:** Jackie Garcia/Elizabeth Garcia
**Date:** October 29, 2014  **Court Reporter:** Irene Rodriguez
**Case No.:** CR-11-00471-DLJ-9  **U.S. Probation Officer:** N/A
**Related Case No.:** N/A  **U.S. Pretrial Services Officer:** N/A
 **Interpreter:** N/A

## CASE TITLE

USA v. James C. Murphy (P)(NC)

## APPEARANCES

**Attorney(s) for Government**: Matthew Parrella, Hanley Chew
**Attorney(s) for Defendant(s)**: Robert Carey

## PROCEEDINGS

Sentencing proceedings

## ORDER AFTER HEARING

Hearing held. The Government moved to dismiss Count One of the Indictment based on defendant's compliance with all pretrial conditions. For the reasons stated on the record, the Court granted the request and dismissed Count One of the Indictment. The Court proceeded with sentencing as to Count Ten of the Superseding Information and committed the defendant to ONE (1) year probation. The Court further orders that the probation term will be deemed completed and terminated when special assessment and restitution have been paid in full. The defendant to pay restitution in the amount of $5,600 and a $25 apecial assessment. Any further property of the defendant will be coordinated for return from the Court through the FBI to the Defendant within 30 days.

**P/NP:** Present, Not Present  Elizabeth C. Garcia
**C/NC:** Custody, Not in Custody  Courtroom Deputy
**I:** Interpreter  Original: Efiled – C. Escolano
 CC:

**P/NP: Present, Not Present**
**C/NC: Custody, Not in Custody**
**I: Interpreter**

*Elizabeth C. Garcia*
**Elizabeth C. Garcia**
**Courtroom Deputy**
**Original: Efiled – C. Escolano**
**CC:**